USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

JESSICA KARIM, on behalf of herself and
all others similarly situated,

                Plaintiff,

-against-

HIWASSEE ACRES, LLC,

                Defendant.

------------------------------------------x

**MEMORANDUM ENDORSED**

Civil Action No.

1:24-cv-3006

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

Plaintiff, Jessica Karim, and Defendant, Hiwassee Acres, LLC. by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: August 28, 2024

By: _/s/ Gabriel Levy_____

Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _____

Rebecca A. Stark, Esq.
*Attorneys for Defendant*
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
T : (212) 398-7614
Rebecca.stark@dentons.com

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii).

SO ORDERED.

Dated: September 4, 2024
New York, New York

                _____
                GREGORY H. WOODS
                United States District Judge